**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2048**

_____

ANA ISABEL BUESO; G.R.P.B.,

            Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

            Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: November 9, 2023                    Decided: January 9, 2024

_____

Before NIEMEYER and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Payman A. Habib, SHERMAN-STOLTZ LAW GROUP PLLC, Waynesboro, Virginia, for Petitioners. Brian Boynton, Principal Deputy Assistant Attorney General, Sheri R. Glaser, Senior Litigation Counsel, Jenny C. Lee, Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ana Isabel Bueso and her minor son, natives and citizens of Honduras, petition for review of an order of the Board of Immigration Appeals dismissing their appeal from the immigration judge's decision denying Bueso's applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have thoroughly reviewed the record and conclude that substantial evidence supports the agency's findings that Bueso did not establish that the Honduran government was unable or unwilling to protect her from her abuser or that she was a member of her particular social group. *See INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992) (noting that review of factual findings is for substantial evidence). We further conclude that substantial evidence supports the agency's denial of protection under the CAT. Accordingly, we deny the petition for review.

*PETITION DENIED*